MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> VESSIE LYNN STEVENS, <br>     Defendant. | No. CR 11-00141-3 LHK <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING DATE |

On September 14, 2011, defendant Vessie Lynn Stevens and the United States Attorney's Office for the Northern District of California entered into a written plea agreement. Ms. Stevens agreed to cooperate with the government, and her cooperation includes assisting the government in the prosecution in the above entitled matter, *United States v. Smith, et al.*, CR 11-00141 (the *Smith* matter). Thurman Douglas Smith and Rachelle Williams are co-defendants in the *Smith* matter. Ms. Williams was sentenced, at her request, on December 7, 2011. Mr. Smith is currently scheduled to be sentenced on February 29, 2012.

//

//

STIPULATION
CR 11-00141-3 LHK

In order for Ms. Stevens to provide ongoing assistance in the *Smith* matter, and to allow the Court to consider additional information relevant to sentencing, the parties jointly stipulate and request that this Court vacate and continue the sentencing date of Ms. Stevens currently set for January 11, 2012. The parties also jointly propose that the Court set the date of March 7, 2012 for sentencing.

Dated: January 4, 2012              Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
DANIEL R. KALEBA
Assistant United States Attorney


Dated: January 4, 2012              /s/
JACK GORDON
Attorney for Vessie Lynn Stevens


Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the January 11, 2012 sentencing date of Vessie Lynn Stevens in the matter CR 11-00141-3 LHK is hereby vacated and continued to March 7, 2012 at 10 a.m. for sentencing.

Dated: 1/5/12

HON. LUCY H. KOH
United States District Judge