MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> VESSIE LYNN STEVENS, <br>     Defendant. | No. CR 11-00141-3 LHK <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING DATE TO APRIL 18, 2012 |

On September 14, 2011, defendant Vessie Lynn Stevens and the United States Attorney's Office for the Northern District of California entered into a written plea agreement. Ms. Stevens agreed to cooperate with the government, and her cooperation includes assisting the government in the prosecution in the above entitled matter, *United States v. Smith, et al.*, CR 11-00141 (the *Smith* matter). Thurman Douglas Smith and Rachelle Williams are co-defendants in the *Smith* matter. Mr. Smith is currently scheduled to appear before this Court on March 14, 2012 for sentencing. Ms. Williams has already been sentenced. Ms. Stevens is scheduled to be sentenced on March 21, 2012.

//

STIPULATION
CR 11-00141-3 LHK

In order for Ms. Stevens to provide ongoing assistance to the government, to allow the Court to consider additional information relevant to sentencing, and in accommodation of the parties' schedules, including the availability of the Probation Officer, the parties jointly stipulate and request that this Court continue the sentencing date of Ms. Stevens to April 18, 2012.

Dated: March 13, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
DANIEL R. KALEBA
Assistant United States Attorney

Dated: March 13, 2012

/s/
JACK GORDON
Attorney for Vessie Lynn Stevens

Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the March 21, 2012 sentencing of Vessie Lynn Stevens is hereby continued to April 18, 2012 at 9:00 a.m.

Dated: 3/14/12

HON. LUCY H. KOH
United States District Judge