**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br>THURMAN SMITH,<br>　　　　　Defendant. | Case No.: 11-CR-00141-1 LHK<br><br>ORDER DENYING APPLICATION AS MOOT |

　　　　Defendant Thurman Smith filed an application for extension of time to file a notice of appeal pursuant to Federal Rule of Appellate Procedure 4(b). ECF No. 79. Defendant has subsequently dismissed his appeal before the Ninth Circuit. *See* ECF No. 86. Accordingly, Defendant's application is DENIED as moot.

**IT IS SO ORDERED.**

Dated: May 17, 2012

　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　United States District Judge