UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 11-CR-00141-LHK |
| ) | |
| Plaintiff, ) | ORDER GRANTING DEFENDANT |
| v. ) | EXTENSION OF TIME TO REPLY |
| ) | TO UNITED STATES' RESPONSE |
| THURMAN D. SMITH, ) | TO SMITH'S MOTION UNDER |
| ) | 28 U.S.C. § 2255 |
| Defendant. ) | |
| ) | |

On August 19, 2013, Defendant Thurman D. Smith filed a motion for an extension of time to file a reply to the United States' response to Defendants' motion pursuant to 28 U.S.C, § 2255. Defendant contends that this delay is necessary in order to conduct adequate research and preparation for the reply given that access to legal information is limited.  In addition, Defendant notes that the Court has not previously granted and prior extensions for time.

The Court GRANTS Defendant's Motion for Extension of Time.  By September 18, 2013, Defendant shall filed his reply to the United States' response to Defendants' motion pursuant to 28 U.S.C, § 2255.

**IT IS SO ORDERED.**

Dated: August 21, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1